**Andrea C. WEATHERS,
Plaintiff–Appellant,**

v.

**UNIVERSITY OF NORTH CAROLINA
AT CHAPEL HILL; Herbert B. Pe-
terson, in his individual and official
capacity; Jonathan Kotch, in his indi-
vidual and official capacity; Barbara
K. Rimer, in her individual and offi-
cial capacity; Edward M. Foster, in
his individual and official capacity;
Sandra L. Martin, in her individual
and official capacity, Defendants–Ap-
pellees.**

No. 14–1044.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 30, 2014.

Decided: July 22, 2014.

Andrea C. Weathers, Appellant Pro Se.
Matthew Thomas Tulchin, North Carolina
Department of Justice, Raleigh, North
Carolina, for Appellees.

Before MOTZ, KEENAN, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Andrea C. Weathers appeals the district
court's order granting Defendants' motion
to dismiss her action for relief under Fed-
eral Rule of Civil Procedure 60(d)(1), (3).
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.
*Weathers v. Univ. of N.C.,* No. 1:12–cv–
01059–TDS–JEP, 2013 WL 5462300
(M.D.N.C. Sept. 30, 2013). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this Court and
argument would not aid the decisional pro-
cess.

*AFFIRMED.*